Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for respondent.

M. P. No. 77-258. JOHN M. RANDALL *v.* JOHN H. NORBERG, *Tax Administrator of the State of Rhode Island.* The petition for writ of certiorari is granted and the writ shall issue forthwith. *Smith & Smith, Incorporated, Z. Hershel Smith,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 77-264. BERNARD F. MCSALLY, *et al. v.* THE BOARD OF REGENTS OF THE STATE OF RHODE ISLAND. Petition for writ of certiorari is granted and the writ shall issue forthwith.

The parties are directed to argue the issues, among the other issues involved in this case, as to whether certiorari is the proper remedy, see *Jacob* v. *Board of Regents for Education,* 117 R.I. 164, 365 A.2d 430 (1976); whether the School Committee has standing to petition for certiorari, *Town of East Greenwich* v. *Day,* 119 R.I. 1, 375 A.2d 953 (1977); and whether the Commissioner of Education has the authority to remand a case to the School Committee. *William J. Toohey,* City Solicitor, *Russell Bramley,* Assistant City Solicitor, for petitioners. *James F. McAleer,* for William R. O'Brien.

M. P. No. 77-265. RAYMOND E. TRAINOR, JR. *v.* MAURICE J. LOONTJENS, JOSEPH A. LABELLE, JOHN R. HICKEY, RONALD PARISEAU, *Members of the Town Council of the Town of Narragansett.* The petition for writ of quo warranto is granted and the writ shall issue forthwith.

This case is set down for oral argument on Thursday, October 6, 1977 at 9:30 a.m. The oral argument will be limited to the question of whether or not the president of the Town Council of the Town of Narragansett serves at the pleasure of the town council. *Joseph A. Doorley, Jr.,* for petitioner. *Lauria & Sisco, Inc., Emanuel J. Lauria,* for respondents.